

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| vs. | § | CRIMINAL ACTION NO.: 4:18-1130-MGL |
| | § | |
| WARREN MAURICE HAMILTON, | § | |
| Defendant. | § | |

**ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION**

Pending before the Court is Defendant Warren Maurice Hamilton's (Hamilton) pro se motion for early termination of supervised release. The government opposes the motion because Hamilton has completed only one half of his term of supervised release. It notes that it may change its position if Hamilton completes two-thirds of his supervised release. The United States Probation Office (USPO) declines to support early termination because, in its view, Hamilton has failed to do anything extraordinary during his term of supervised release.

To date, Hamilton has completed thirteen months of his twenty-four-month term of supervised release without incident. He has remained in compliance with the conditions of his release and all his drug tests have produced negative results. Although the Court commends Hamilton on his success thus far, the Court expects all those on supervised release to avoid violations.

The Court thus determines that early termination of Hamilton's term of supervised release is improper at this time. *See* 18 U.S.C. § 3583(e)(1) (providing the Court may terminate a term of supervised release only if, among other things, "it is satisfied that such action is warranted by the

conduct of the defendant released and in the interests of justice"). The Court encourages Hamilton, however, to renew his motion after he has completed two-thirds—sixteen months—of his term of supervised release.

Therefore, having carefully considered the pro se motion, the USPO's and government's opposition, the record, and the relevant law, it is the judgment of the Court Hamilton's pro motion for early termination of supervised release, ECF No. 77, is **DENIED**.

**IT IS SO ORDERED.**

Signed this 12th day of May 2022, in Columbia, South Carolina.

s/ Mary Geiger Lewis  
MARY GEIGER LEWIS  
UNITED STATES DISTRICT JUDGE